IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION NO. 11-2411 |
| v. | : | |
| GIACOMO RANDAZZO | : | CRIMINAL ACTION NO. 06-288 |

## ORDER

**AND NOW**, this 6th day of May, 2011, upon consideration of Defendant Giacomo Randazzo's Motion to Vacate Sentence pursuant to 28 U.S.C. § 2255 (Docket No. 63), and all attendant and responsive briefing, and after hearings on March 29, 2011 and April 7, 1011, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** as follows:

1. Defendant's Motion to Vacate Sentence is **DENIED**.

2. Because Defendant has failed to make a substantial showing of the denial of a constitutional right, there is no basis for the issuance of a certificate of appealability.

3. The Clerk is directed to **CLOSE** Civil Action No. 11-2411.

BY THE COURT:


S/ JOHN R. PADOVA
John R. Padova, J.